UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:04-CR-51-F-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JUSTIN McKEITHAN, | ) | |
| Defendant | ) | |

Before the Court is Defendant's motion to unseal pleadings relevant to the U.S. Probation Office's request to revoke the Defendant's supervised release. Having considered the premises advanced in the motion, the motion is ALLOWED, and the Clerk is directed to unseal the pleadings relevant to the Probation Office's request to revoke Mr. McKeithan's supervised release.

SO ORDERED. '

This, the 18th day of June, 2012.

James C. Fox
Senior U.S. District Judge